UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: _____

JEFFREY STROM,

    Plaintiff,

vs.

CITY OF WEST MELBOURNE,
JASON WHEELER, Individually, and
JOSHUA KENNEDY, Individually,

    Defendants.
_____/

## DEFENDANT CITY OF WEST MELBOURNE'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Fed. R. Civ. P. 81(c), Defendant City of West Melbourne, with the consent of Co-Defendants Officer Jason Wheeler, and Officer Joshua Kennedy, by and through undersigned counsel, files this Notice of Removal, and as grounds therefore state:

    1.    Plaintiff's Complaint filed June 19, 2022, in the Eighteenth Judicial Circuit, in and for Brevard County, Florida (hereinafter "Complaint"), contains allegations of violation of federal civil rights under 42 U.S.C. § 1983 against Officers Wheeler and Kennedy. (*See* Complaint, ¶¶ 5, 25-32 (Count I), and 33-40 (Count II).)

2. Plaintiff's Complaint also contains allegations of battery against the Defendant City of West Melbourne. (*See* Complaint, ¶¶ 41-47 (Count III).)

3. Original jurisdiction is conferred upon this Court by the fact that Plaintiff's claims of civil rights violations against Officers Wheeler and Kennedy arise under the laws of the United States, specifically the Fourth Amendment. *See* 28 U.S.C. § 1331.

4. Venue is appropriate in the Orlando Division based on the fact that all actions giving rise to this cause of action occurred in Brevard County, Florida.

5. Copies of all pleadings filed in the State Court are attached hereto as Composite Exhibit A.

6. Officers Wheeler and Officer Kennedy consent to this Removal. (*See* Consents to Removal attached as Composite Exhibit B.)

7. A copy of this Notice is being filed in the State Court in which the claim was originally brought.

WHEREFORE, Defendant City of West Melbourne, having complied with 28 U.S.C. § 1446(a) and Rule 81(c) of the Federal Rules of Civil Procedure, files this Notice of Removal.

### Certificate of Service

**I HEREBY CERTIFY** that on July 21, 2022, the foregoing was filed with the United States District Court, and a true and correct copy was provided via

electronic mail to Farnita Saunders Hill, Esq., Morgan & Morgan, P.A., 333 W. Vine Street, Suite 1200, Lexington, KY  40507; farnitahill@forthepeople.com; shuss@forthepeople.com.

          */s/ Gail C. Bradford*
GAIL C. BRADFORD, ESQ.
Florida Bar No. 0295980
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, Florida 32802-2928
Tel:  407-422-4310
Fax:  407-648-0233
gbradford@drml-law.com
gcbservice@drml-law.com
Attorneys for City of West Melbourne